IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE M. FONT, et al.,

    Plaintiffs,

v.                                            CIVIL NO. 98-2440 (RLA)

UNITED STATES OF AMERICA, et al.,

    Defendants.

### ORDER INSTRUCTING PLAINTIFFS TO REFRAIN FROM FURTHER FILINGS

The Court having dismissed the complaint filed in this action through its Final Judgment entered on August 4, 1999 (docket No. 12) there is no further remedy that can be afforded plaintiffs herein.

Accordingly the Motion Objecting Desicion (sic) Illegal... filed on August 20, 1999 (docket No. **13**) is hereby **DENIED**.

Plaintiffs are admonished that future filings requesting relief from this forum will be stricken by the Court.

IT IS SO ORDERED.

San Juan, Puerto Rico, this ___ day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)