UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE FONT, ET AL.

   v.                                    CASE NUMBER: CIVIL 98-2440 (RLA)

UNITED STATES OF AMERICA, ET AL.

ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 10/29/99   Docket # 15<br>[ ] Plffs        [X] Defts<br>[ ] Other<br><br>Title: Request For Notification of Orders and Judgments By Fax | GRANTED. |

November 4, 1999                    RAYMOND L. ACOSTA
     Date                           U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #16 |